### ARTHUR W. MOORE

*v.*

### IDA R. BAKER.

[Filed July 16th, 1901.]

A vendor may bring a suit for specific performance against the vendee to recover purchase-money.

---

On bill and demurrer.

*Mr. Edward M. Colie,* for the complainant.

*Mr. Charles E. A. Thorn,* for the defendant.

Stevens, V. C.

The only question raised by the demurrer is whether a vendor may bring a suit for specific performance against vendee to recover purchase-money. This question was answered in the affirmative by Chancellor Green, in *Hopper* v. *Hopper, 1 C. E. Gr. 147.* The decision in *Miller* v. *Cameron, 18 Stew. Eq. 96,* is to the same effect, and the rule seems thoroughly settled. *Brown* v. *Hoff, 5 Paige 240; Sugd. Vend. & P. \*244 ch. 5 § 4; Pom. Eq. Jur.* §§ *1402, 1405, 1407; Story Eq. Jur.* §§ *723, 790, 796.* In *Fry Spec. Perf. \*10 § 23,* the grounds upon which the court proceeds are fully stated.

I think the demurrer should be overruled.